No. 410. MARTINEAU, individually and as trustee, Respondent, v. STATE CONSERVATION COMMISSION OF WISCONSIN, Appellant.

For the appellant: *Robert W. Warren*, attorney general, and *Robert B. McConnell*, assistant attorney general. For the respondent: *Dale T. McKenna* of Jefferson.

Appeal. Belated filing of record on appeal. No prejudice shown. Motion to dismiss denied.

November 27, 1973.

No. 131. CORCORAN, by Guardian *ad litem*, and another, Appellants, v. CASANOVA and others, Respondents.

(Also reported in 212 N. W. 2d 170.)

For the appellant the cause was submitted on the briefs of *Gwin & Fetzner*, attorneys, and *Helen H. Madsen* and *John W. Fetzner* of counsel, all of Hudson.

For the respondents the cause was submitted on the brief of *Garvey, O'Brien, Anderson & Kelly* of Eau Claire.

Judgment affirmed.